UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: BRIAN R. WEISCHEDEL, | : | Chapter 7 |
| Debtor | : | Bankruptcy No. 12-20752REF |
| JANE DOYLE, | : | Adversary No. 13-0042 |
| Plaintiff | : | |
| v. | : | |
| BRIAN R. WEISCHEDEL, | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 27 day of September, 2013, upon my findings of fact, conclusions of law, and discussion of both in the accompanying Memorandum Opinion entered of even date herewith,

IT IS HEREBY ORDERED that JUDGMENT ON THE COMPLAINT IS ORDERED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF.

IT IS FURTHER ORDERED that the debt owed by Defendant to Plaintiff is HEREBY DETERMINED TO BE DISCHARGEABLE.

BY THE COURT

*[signature]*

Richard E. Fehling
U.S. Bankruptcy Judge